## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:20-cv-00191-RJC

| | | |
|---|---|---|
| **LILLIE COMPTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **CONSENT ORDER** |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| _____ | ) | |

      **THIS MATTER** comes before the Court for entry of a Consent Order agreed to by the parties; and it appearing that the parties have agreed that the Commissioner of Social Security should pay the sum of $2,950.00, in full and final settlement of all claims arising under the Equal Access to Justice Act ("EAJA"). *See* 28 U.S.C. § 2412(d). Therefore, based upon the consent of the Parties, and good cause having been shown, the Consent Motion is **GRANTED**.

      **SO ORDERED.**

Signed: June 7, 2022

Robert J. Conrad, Jr.
United States District Judge